# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICKY BELL,

    Plaintiff,

v.

TRANSUNION, LLC,

    Defendant.

Case No. 3:17-cv-01019-JPG-SCW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED** without prejudice pursuant to the motion of the plaintiff. Each party is to bear its own costs.

DATED: December 6, 2017

                                         **JUSTINE FLANAGAN,**
                                         **Acting Clerk of Court**

                                         **BY: s/Tina Gray,**
                                                **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**